**Jessica Adams**

| | |
|---|---|
| **From:** | Meredith R. Durham <MDurham@PMPllp.com> |
| **Sent:** | Tuesday, October 7, 2025 3:16 PM |
| **To:** | Raven Fielding Benoit |
| **Cc:** | Elizabeth Blanchard; Mark E. Young; Sarah Town |
| **Subject:** | RE: Nia Alexander, et al vs. Harvey Canal Holdings III. LLC et al |

Raven,

Thank you for your patience. It does not look like we issued any discovery to plaintiffs after all. Likewise, we are not in possession of any discovery propounded to our client from plaintiffs.

Meredith

**PLAUCHÉ MASELLI PARKERSON LLP**
ATTORNEYS AT LAW

**MEREDITH R DURHAM | Partner**
**Phone: 504.582.1142 | Direct: 504.586.5235**
**Fax: 504.582.1172**
**701 Poydras Street, Suite 3800**
**New Orleans, LA 70139-7915 US**
**www.pmpllp.com**

1

EXHIBIT
**B**