**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**DOCKET NO. 2024-7974**                                                **DIV. "F"**

**NIA ALEXANDER, ET AL**

**VS.**

**HARVEY CANAL HOLDINGS, III, LLC, ET AL**

**FILED:** _____     _____

**DEPUTY CLERK**

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:    **David Bailey and Jordan Carriers, Inc.**
Through their Attorney of Record
Raven Fielding Benoit #33125
433 Metairie Rd., Suite 600
Metairie, LA 70005

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Nia Alexander, individually and on behalf of her minor child, Mason Thomas, who propound the following request for production to defendants, David Bailey and Jordan Carriers, Inc. in accordance with the Louisiana Code of Civil Procedure, 1461, et seq., and hereby requests that you give complete answers under oath, to the following request for production of documents within the number of days allowed by law. These requests are deemed continuing.

**REQUEST FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

Please provide a copy of all expert reports made with reference to this subject accident.

**REQUEST FOR PRODUCTION NO. 2:**

Please provide copies of any and all written, recorded and/or oral statements taken from any person relating to the subject accident.

**REQUEST FOR PRODUCTION NO. 3:**

Please provide copies of any and all accident reports relative to the subject accident.

**REQUEST FOR PRODUCTION NO. 4:**

Please provide copies of any and all written reports of any investigation relative to the subject accident, including but not limited to, insurance company's reports or investigations of plaintiffs.

**REQUEST FOR PRODUCTION NO. 5:**

**EXHIBIT**

**C**

Please provide copies of any and all photographs, films, video or audiotapes, sketches, drawings, and/or diagrams relating to the subject accident.

**REQUEST FOR PRODUCTION NO. 6:**

Please provide copies of any and all documents which support your claim that Plaintiff, Nia Alexander, was negligent and/or at fault in causing the subject accident.

**REQUEST FOR PRODUCTION NO. 7:**

Please provide copies of any and all repair estimates, appraisals, repair invoices, and/or any documents regarding the amount of property damage sustained by any vehicle involved in the subject accident and the costs of repairing the same.

**REQUEST FOR PRODUCTION NO. 8:**

Please provide copies of each and every document, photograph, diagram, and/or writing of any nature which you may introduce at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please provide copies of any and all sketches or diagrams made by or on behalf of either defendants or in defendants' possession pertaining to the accident in suit or any issue in this lawsuit.

**REQUEST FOR PRODUCTION NO. 10:**

Please provide copies of any and all documents and/or records reflecting any prior claims asserted by any Plaintiff with respect to any injury prior to the incident complained of herein.

**REQUEST FOR PRODUCTION NO. 11:**

Please provide a copy of David Bailey's commercial driver's license.

**REQUEST FOR PRODUCTION NO. 13:**

A copy of David Bailey's cellular telephone records from the 12 hours before and after the subject accident.

**REQUEST FOR PRODUCTION NO. 14:**

Please provide a copy of David Bailey's personnel file.

**REQUEST FOR PRODUCTION NO. 15:**

A copy of any post-accident drug or alcohol tests David Bailey submitted to following the subject accident.

**REQUEST FOR PRODUCTION NO. 16:**

A copy of David Bailey's driving record, including any and all accident history.

**REQUEST FOR PRODUCTION NO. 17:**

A copy of the data entry recorder and dash camera of the 18-wheeler driven by David Bailey on the date of the subject accident.

**REQUEST FOR PRODUCTION NO. 18:**

Please provide copies of any and all documents and/or records reflecting any prior claims asserted by Plaintiff with respect to any injury prior to the incident complained of herein.

**REQUEST FOR PRODUCTION NO. 19:**

A copy of any and all medical records of Plaintiff in your possession including any and all records obtained by medical authorization and/or subpoena deuces tecum.

**REQUEST FOR PRODUCTION NO. 20:**

A copy of any and all data, whether collected by you or any third party, which could show the GPS location, impact information, speed, acceleration, deceleration, braking, distance driven, trip information/duration, phone usage, and information related to David Bailey and/or this trip and/or this subject accident.

Respectfully submitted,

/s/ Rebecca Kehoe Thompson_____
**PATRICK G. KEHOE, JR. #14419**
**REBECCA KEHOE THOMPSON #37746**
3524 Canal Street
New Orleans, LA 70119
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email:  pgkehoejr@kehoejr.com
rkehoethompson@kehoejr.com
        Attorneys for Nia Alexander and Mason
        Thomas

**C E R T I F I C A T E**

This is to certify that a copy of the above and foregoing has been served upon the following counsel of record via email, this 14th day of March, 2025, at New Orleans, Louisiana.

/s/ Rebecca Kehoe Thompson_____
**REBECCA KEHOE THOMPSON**