<div align="center">

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

</div>

**DOCKET NO. 2024-7974**                                                    **DIV. "F"**

<div align="center">

**NIA ALEXANDER, ET AL**

**VS.**

**HARVEY CANAL HOLDINGS, III, LLC, ET AL**

</div>

**FILED:** _____          _____
                                                                        **DEPUTY CLERK**

<div align="center">

**<u>NOTICE OF DEPOSITION</u>**

</div>

To:     **David Bailey and Jordan Carriers, Inc.**
        Through their Attorney of Record
        Raven Fielding Benoit #33125
        433 Metairie Rd., Suite 600
        Metairie, LA 70005
        RBenoit@duplass.com

        **Harvey Canal Holdings II, LLC**
        Through their Attorneys of Record
        Mark E. Young (#20432)
        Meredith R. Durham (#33112)
        Sarah M. Town (#41439)
        Plauche Maselli Parkerson LLP
        701 Poydras Street, Suite 3800
        New Orleans, LA 70139
        myoung@pmpllp.com
        mdurham@pmpllp.com
        stown@pmpllp.com

        Etienne Balart (#24951)
        Austin Glascoe (#38236)
        Jones Walker, LLP
        201 St. Charles Ave., 50th Floor
        New Orleans, LA 70170
        ebalart@joneswalker.com
        aglascoe@joneswalker.com


        PLEASE TAKE NOTICE, that pursuant to the Louisiana Code of Civil Procedure,

Article 1437, et seq., Nia Alexander, et al, plaintiffs herein, through undersigned counsel, will

take the oral deposition of defendant, David Bailey, on October 9, 2025 at 2:00 p.m. via Zoom.

        Said deposition shall be taken for all purposes permitted under the rules and shall

continue until concluded.  You are invited to attend and participate as you deem appropriate.

<div style="border:1px solid black; display:inline-block; padding:8px; text-align:center;">

**EXHIBIT**

**E**

</div>

Respectfully submitted,

*Rebecca Kehoe Thompson*

PATRICK G. KEHOE, JR. #14419
REBECCA KEHOE THOMPSON #37746
3524 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email: pgkehoejr@kehoejr.com
        rkehoethompson@kehoejr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, email and/or by facsimile transmission, this 17th day of July, 2025.

*Rebecca Kehoe Thompson*

REBECCA KEHOE THOMPSON