# PATRICK G. KEHOE, JR., APLC
# REBECCA KEHOE THOMPSON, ESQ.
### 3524 Canal Street
### NEW ORLEANS, LOUISIANA 70119

**NOTARY PUBLIC**

**Telephone: (504) 588-1110**
**Facsimile: (504) 588-1954**
**Email:**
**pgkehoejr@kehoejr.com**

**rkehoethompson@kehoejr.com**

October 6, 2025

**Via Email: RBenoit@duplass.com**
Raven Fielding Benoit
DUPLASS APLC
433 Metairie Road
Suite 600
Metairie, LA 70002

    RE:    My Clients:    Nia Alexander, Mason Thomas
            Date of Accident:    October 23, 2023

Dear Raven:

Enclosed please find a copy of the expert report of Dr. Shael Wolfson regarding Mason Thomas.

I have itemized Nia Alexander's past medical specials as follows:

| | |
|---|---|
| Spine Care of Metairie: | $29,725.00 |
| D.I.S. ProEast: | $ 8,000.00 |
| Southern Brain & Spine: | $ 1,775.00 |
| Health Care Center: | $ 2,198.00 |
| Southern Orthopaedic Specialists: | $ 1,271.00 |
| Movement Science Center: | $ 1,040.00 |
| Total: | **$44,009.00** |

I have itemized Mason Thomas' past medical specials as follows:

| | |
|---|---|
| Shamsnia Neurology: | $10,600.00 |
| Ochsner Emergency Room Visit: | $ 1,238.68 |
| Melissa Aubert, Ph.D., LLC: | $ 5,850.00 |
| Dr. Savant: | $ 6,810.00 |
| Mid City Physical Therapy | $ 352.00 |
| Spine Care of Metairie: | $ 745.00 |
| Total: | **$25,595.68** |

Mason Thomas' future medical specials are as follows:

| | |
|---|---|
| Dr. Savant/Life Care Plan | $742,062 (present value) |

**EXHIBIT**

**F**

I have evaluated Mason's claim as having a settlement value of $750,000 plus past medical specials of $25, 595.68 and future medical specials of $742,062 for a total of $1,517,657.68.

I have evaluated Nia Alexander's claim as having a settlement value of $400,000 plus past medical specials of $44,009 for a total of $444,009.

**Please let this letter serve as a demand for your policy limits of $1,000,000. We will give you 15 days to tender the policy limits.**

**Very Sincerely,**

**Patrick G. Kehoe, Jr.**
PATRICK G. KEHOE, JR.
**Rebecca Kehoe Thompson**
REBECCA KEHOE THOMPSON

PGK;JR/de