# LOUISIANA UNIFORM CRASH REPORT
## CRASH INFORMATION

2023132712

Rev. 2023-2

| | Case # | J-20989-23 | Page | 1 | of | 15 |

☐ Secondary Crash ☐ Photos Taken ☒ Videos Taken

| Number of Motorists | 3 | Number of Non-Motorists | 0 | Non-Fatally Injured Persons | 2 | Fatalities | 0 | Total Injuries and Fatalities | 2 | Vehicles Involved | 2 | Troop | B |

| Investigating Agency | Division | Parish | City | Latitude | Longitude |
|---|---|---|---|---|---|
| New Orleans PD | | Orleans | New Orleans | 30.037466° N | 89.939509° W |

## CRASH TIME INFORMATION

| Crash Date/Time | Police Notified Date/Time | Police Arrived Date/Time | Roadway Cleared Date/Time | On Scene Investigation Completed Date/Time |
|---|---|---|---|---|
| 10/23/2023 0720 | 10/23/2023 0748 | 10/23/2023 0810 | 10/23/2023 0830 | 10/23/2023 1010 |

## ROAD INFORMATION

| Highway ☐ Not applicable | Road |
|---|---|
| Interstate 510 | I-510 |

| Distance/Direction From Intersection ☐ Not applicable | | | Intersecting Road ☐ Crash was at an intersection |
|---|---|---|---|
| 200.0 | ft | South | LAKFOREST BLVD |

## LOCATION INFORMATION

| Road Classification | 100 | Road Subtype | 100 | Property Ownership | 100 | Trafficway Characteristics | 100 | Number of Intersection Approaches | 1 | Traffic Flow Direction | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 Interstate<br>101 US highway<br>102 State highway<br>103 Parish road<br>104 City street<br>200 Off road/private property | | 100 Mainline<br>200 On-ramp<br>201 Off-ramp<br>300 Frontage/service<br>970 Not applicable | | 100 Public property<br>200 Private property | | 100 Trafficway, on road<br>101 Trafficway, not on road<br>200 Non-trafficway | | 1 Not an intersection<br>2 Two<br>3 Three<br>4 Four<br>5 Five or more | | X Not applicable (not a divided highway)<br>N North<br>W West    E East<br>S South | |

## INVESTIGATING OFFICER

| Rank | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| SENIOR POLICE OFFICER | Stephen | | Mc Gee | |

| Badge # | Printed Name | Signature |
|---|---|---|
| 17387 | STEPHEN MCGEE | *STEPHEN MCGEE* |

## CRASH CIRCUMSTANCES AND CONDITIONS

| First Harmful Event | 201 |
|---|---|

**Non-Collision**
- 100 Cargo/equipment loss or shift
- 101 Fell/jumped from motor vehicle
- 102 Fire/explosion
- 103 Immersion, full or partial
- 104 Jackknife
- 105 Overturn/rollover
- 106 Thrown or falling object
- 198 Other non-collision harmful event

**Collision with Non-Fixed Object**
- 200 Collision with animal (live)
- 201 Collision with motor vehicle in transport
- 202 Collision with parked motor vehicle
- 203 Collision with pedalcycle (including bicycles)
- 204 Collision with pedestrian
- 205 Collision with railway vehicle (train, engine)
- 206 Collision with object at rest from MV in transport
- 207 Collision with falling/shifting cargo or anything set in motion by MV
- 208 Collision with work zone/maintenance equipment
- 209 Collision with farm equipment
- 297 Collision with other non-motorist
- 298 Collision with other non-fixed object

**Collision with Fixed Object**
- 300 Collision with bridge overhead structure
- 301 Collision with bridge pier or support
- 302 Collision with bridge rail
- 303 Collision with cable barrier
- 304 Collision with concrete traffic barrier
- 305 Collision with culvert
- 306 Collision with curb
- 307 Collision with ditch
- 308 Collision with embankment
- 309 Collision with fence
- 310 Collision with guardrail end terminal
- 311 Collision with guardrail face
- 312 Collision with impact attenuator/crash cushion
- 313 Collision with mailbox
- 314 Collision with traffic sign support
- 315 Collision with traffic signal support
- 316 Collision with tree (standing)
- 317 Collision with utility pole/light support
- 396 Collision with other post, pole, or support
- 397 Collision with other traffic barrier
- 398 Collision with other fixed object (wall, building, tunnel, etc.)
- 399 Collision with unknown fixed object

| Location of First Harmful Event | 104 |
|---|---|

- 100 Gore
- 101 In parking lane or zone
- 102 Median
- 103 Off roadway, location unknown
- 104 On roadway
- 105 On shoulder, left side
- 106 On shoulder, right side
- 107 Outside road/right-of-way
- 108 Roadside
- 109 Separator/traffic island
- 999 Unknown

| Relation to Junction | 000 |
|---|---|

- 000 Not an interchange area
- 100 Acceleration or deceleration lane
- 101 Crossover related
- 102 Driveway access or related
- 103 Entrance/exit ramp or related
- 104 Intersection or related
- 106 Railway grade crossing
- 107 Shared-use path or trail
- 108 Through roadway
- 980 Other location within an interchange area (median, shoulder, and roadside)
- 999 Unknown

| Intersection Geometry | 970 |
|---|---|

- 100 Angled / skewed
- 101 Roundabout / traffic circle
- 102 Perpendicular
- 970 Not applicable

| Intersection Traffic Control | 970 |
|---|---|

- 000 No controls
- 100 Signalized
- 101 Stop -all way
- 102 Stop -partial
- 103 Yield
- 970 Not applicable

| Manner of Crash | 300 |
|---|---|

- 000 Not a collision between two motor vehicles in transport
- 100 Angle - left overtake
- 101 Angle - left opposite direction
- 102 Angle - left into flow
- 103 Angle - right into flow
- 104 Angle - right overtake
- 105 Angle - perpendicular/other angle
- 500 Angle - left across flow
- 501 Angle - right across flow
- 200 Front to front - head on
- 300 Front to rear - rear end
- 400 Backing - rear to front
- 401 Backing - rear to rear
- 402 Backing - rear to side
- 502 Sideswipe - opposite direction
- 505 Sideswipe - same direction
- 980 Other
- 999 Unknown

| Contributing Factor | Primary | 108 |
|---|---|---|
| | Secondary | 100 |

- 100 Violations
- 101 Movement prior to crash
- 102 Vision obstructions
- 103 Driver condition
- 104 Vehicle condition
- 105 Road surface
- 106 Roadway condition
- 107 Lighting condition
- 108 Weather condition
- 109 Traffic control
- 110 Non-motorist condition
- 111 Non-motorist action
- 970 Not applicable

| School Bus Relation | 000 |
|---|---|

- 000 No
- 100 Yes, school bus directly involved
- 101 Yes, school bus indirectly involved

I certify this to be a true, and correct copy of the original official document on file in the Records Police Department of the New Orleans Police Department

12/7/2023 (Date)

Records New Orleans Police Department PD/NOPD SEAL

**EXHIBIT**

C

tabbies

# LOUISIANA UNIFORM CRASH REPORT
## CRASH INFORMATION
Rev. 2023-2

2023132712

| Case # | J-20989-23 | Page | 2 | of | 15 |

## CRASH CONDITIONS

| Roadway Surface Condition | 107 | Light Condition | 200 | Weather Conditions | 103 | Environmental Conditions | | 117 |
|---|---|---|---|---|---|---|---|---|
| 000 Dry | | 100 Daylight | | 000 Clear | | 000 None | 112 Ruts, holes, bumps | 107 |
| 100 Ice/Frost | | 200 Dawn/dusk | | 100 Blowing sand, soil, dirt | | 100 Animal(s) | 113 Shoulders (none, low, soft, high) | |
| 101 Mud, dirt, gravel | | 300 Dark - continuous street lights | | 101 Blowing snow | | 101 Debris | 114 Toll booth/plaza related | |
| 102 Oil | | 301 Dark - street lights at intersection only | | 102 Cloudy | | 102 Glare | 115 Traffic control device | |
| 103 Sand | | 302 Dark - not lighted | | 103 Fog, smog, smoke | | 103 Non-highway work | 116 Traffic incident | |
| 104 Slush | | 399 Dark - unknown lighting | | 104 Freezing rain or freezing drizzle | | 104 Obstructed crosswalks | 117 Visual obstruction(s) | |
| 105 Snow | | 980 Other | | 105 Rain | | 105 Obstruction in roadway | 118 Weather conditions | |
| 106 Water (standing, moving) | | 999 Unknown | | 106 Severe crosswinds | | 106 Overhead clearance limited | 119 Work zone (construction/maintenance/utility) | |
| 107 Wet | | | | 107 Sleet or hail | | 107 Prior crash | 120 Worn, travel-polished surface | |
| 980 Other | | | | 108 Snow | | 108 Prior non-recurring incident | 980 Other | |
| 999 Unknown | | | | 980 Other | | 109 Regular congestion | 999 Unknown | |
| | | | | 999 Unknown | | 110 Related to a bus stop | | |
| | | | | | | 111 Road surface condition (wet, icy, snow, slush, etc.) | | |

## WORK ZONE CRASH INFORMATION

| Work Zone Relation | 000 | Work Zone Location | 970 | Work Zone Type | 970 | Work Zone Circumstances | 970 | Worker(s) Present | 970 | Law Enforcement Present | 970 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 No | | 100 Before the first work zone warning sign | | 100 Lane closure | | 100 Back of queue | | 000 No | | 000 No | |
| 100 Yes | | 101 Advance warning area | | 101 Lane shift / crossover | | 101 Congestion (dense & slow traffic), typical | | 100 Yes | | 100 Yes | |
| 999 Unknown | | 102 Transition area | | 102 Work on shoulder or median | | 102 Heavy (dense & fast traffic) | | 970 Not applicable | | 970 Not applicable | |
| | | 103 Activity area | | 103 Intermittent or moving work | | 103 Congestion (dense & slow traffic), not typical | | 999 Unknown | | 999 Unknown | |
| | | 104 Termination area | | 970 Not applicable | | 104 Traffic control device malfunction | | | | | |
| | | 970 Not applicable | | 980 Other type of work zone | | 105 Free flow (light & fast traffic) | | | | | |
| | | 999 Unknown | | 999 Unknown | | 980 Other | | | | | |
| | | | | | | 970 Not applicable | | | | | |
| | | | | | | 999 Unknown | | | | | |

## REVIEWING OFFICER

| Rank | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| POLICE SERGEANT | Rodney | | Brown | |

## WITNESS # | WITNESS #

| Name | | | | Name | | | |
|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix |
| Address | | | | Address | | | |
| City | State | Postal Code | | City | State | Postal Code | |
| Phone Number | Age | Sex | | Phone Number | Age | Sex | |

## NON-VEHICULAR PROPERTY DAMAGE — PROPERTY #

| Property Type | Damage Severity | Owner Name | ☐ Unknown | Owner Phone Number ☐ Not Collected |
|---|---|---|---|---|
| Owner Address | ☐ Unknown | | | |
| Street | | City | State | Postal Code |

## NON-VEHICULAR PROPERTY DAMAGE — PROPERTY #

| Property Type | Damage Severity | Owner Name | ☐ Unknown | Owner Phone Number ☐ Not Collected |
|---|---|---|---|---|
| Owner Address | ☐ Unknown | | | |
| Street | | City | State | Postal Code |

## NON-VEHICULAR PROPERTY DAMAGE — PROPERTY #

| Property Type | Damage Severity | Owner Name | ☐ Unknown | Owner Phone Number ☐ Not Collected |
|---|---|---|---|---|
| Owner Address | ☐ Unknown | | | |
| Street | | City | State | Postal Code |

## PROPERTY DAMAGE CODES

| Property Type | | | | | Damage Severity |
|---|---|---|---|---|---|
| 100 Private property | 300 Cable barrier | 303 Guardrail face | 400 Traffic sign support | 598 Other state property | 100 Light (less than $500) |
| | 301 Concrete traffic barrier | 304 Impact attenuator/crash cushion | 401 Traffic signal support | 980 Other | 101 Moderate (between $500 and $10,000) |
| 200 Bridge overhead structure | 302 Guardrail end terminal | 398 Other traffic barrier | 402 Utility pole/light support | | 102 Severe (over $10,000) |
| 201 Bridge pier or support | | | | | |
| 202 Bridge rail | | | | | |

CRASH REPORT - SUMMARY BACK

# LOUISIANA UNIFORM CRASH REPORT
## VEHICLE INFORMATION
Rev. 2023-2

| Motor Vehicle # | | Case # | J-20989-23 | Page | 3 | of | 15 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

## DESCRIPTION AND INFORMATION

**Check if this vehicle had no driver** ☐

**Hit and Run** | 000
- 000 No, did not leave scene
- 100 Yes, driver and vehicle left scene
- 101 Yes, only driver left scene

**Vehicle Type** | 000
- 100 Motor vehicle in transport
- 101 Parked motor vehicle
- 102 Working vehicle / equipment

**Vehicle Body Type** | 401

**Passenger Vehicles**
- 100 Passenger car
- 101 Passenger van / Minivan (less than 9 seats)
- 102 (Sport) utility vehicle
- 103 Pickup
- 104 Cargo van

**VIN** 4V4NC9EH2MN248408 ☐ Unknown

| Model Year ☐ Unknown | Make | Model | Color |
|---|---|---|---|
| 2021 | Volvo | Unknown | Red |

**License Plate** ☐ Missing ☐ Non-expiring
- State MS ☐ Unknown   Number A486910 ☐ Unknown   Year 2023 ☐ Unknown

**Owner Name** ☐ Same as driver ☐ Unknown
JORDAN CARRIER INC

**Owner Address** ☐ Same as driver ☐ Unknown
| 170 HIGHWAY 61 S | NATCHEZ | MS | 39120 |
|---|---|---|---|
| Street | City | State | Postal Code |

**Insurance** ☐ Uninsured at time of crash
- Company GREAT WEST CASUALTY ☐ Unknown
- Phone # 601-863-3194 ☐ Unknown
- NAIC # 11371 ☐ Unknown
- Policy # MOP2058H ☐ Unknown
- Expiration Date 1/1/2024 ☐ Unknown

**Construction / Farm Equipment**
- 200 Construction equipment (backhoe, bulldozer, etc.)
- 201 Farm equipment (tractor, combine, harvester, etc.)

**Cycle / Off Road / Recreation**
- 300 2-wheeled motorcycle
- 301 3-wheeled motorcycle
- 302 Moped or motorized bicycle
- 303 All-terrain vehicle / all-terrain cycle (ATV / ATC)
- 304 Golf Cart
- 305 Snowmobile
- 306 Low Speed Vehicle
- 307 Recreational off-highway vehicles (ROV)
- 308 Autocycle

**Trucks**
- 400 Single unit truck
- 401 Truck tractor
- 498 Other truck

**Large Passenger Vehicle**
- 500 Motor home
- 501 Passenger van (9-15 seats)
- 502 Passenger van (16+ seats)
- 503 Large limo
- 504 Mini-bus
- 505 School bus
- 506 Transit bus
- 507 Motorcoach
- 598 Other bus / large passenger vehicle

**Other**
- 980 Other
- 999 Unknown

## DAMAGE

**Damage Extent** | 100
- 000 None
- 100 Minor damage
- 101 Functional damage
- 102 Disabling damage
- 990 Vehicle not at scene

**Initial Point of Contact**

7 8 9 10 11 | 6 → 12 | 5 4 3 2 1

- ☐ 000 Non-collision
- ☐ 001 Vehicle not at scene
- ☐ 100 Top
- ☐ 113 Undercarriage
- ☐ 114 Cargo Loss
- ☐ 999 Unknown

**Damaged Areas**

7 8 9 10 11 | 6 → 12 | 5 4 3 2 1

- ☐ 001 Vehicle not at scene
- ☐ 002 No damage
- ☐ 100 Top
- ☐ 113 Undercarriage

## TOWING

**Tow Status** | 000
- 000 Not towed
- 100 Towed, but not due to disabling damage
- 101 Towed (or will be towed) due to disabling damage

**Tow Authority** | 970
- 100 Owner
- 101 Law enforcement
- 970 Not applicable
- 980 Other

**Towed By** ☐ Unknown

## MOTOR VEHICLE CIRCUMSTANCES

**Vehicle Usage** | 000
- 000 No special function
- 100 Bus - school (public or private)
- 101 Bus - childcare / daycare
- 102 Bus - transit / commuter
- 103 Bus - charter / tour
- 104 Bus - intercity
- 105 Bus - shuttle
- 198 Bus - other
- 200 Farm vehicle
- 201 Fire truck
- 202 Highway / maintenance
- 203 Mail carrier
- 204 Military
- 205 Ambulance
- 206 Police
- 207 Public utility
- 208 Non-transport emergency services vehicle
- 209 Safety service patrols - incident response
- 210 Other incident response
- 211 Rental truck (over 10,000 lbs)
- 212 Towing - incident response
- 213 Truck acting as crash attenuator
- 214 Taxi
- 215 Vehicle used for electronic ride-hailing (transportation network company)
- 980 Other
- 999 Unknown

**Vehicle Maneuver** | 100
- 100 Movements essentially straight ahead
- 101 Backing
- 102 Changing lanes
- 103 Making U-turn
- 104 Negotiating a curve
- 105 Overtaking / passing
- 106 Turning left
- 107 Turning right
- 108 Traveling wrong way
- 109 Crossed median into opposing lane
- 110 Crossed center line into opposing lane
- 111 Ran off road (not while making turn at intersection)
- 200 Entering traffic lane from shoulder
- 201 Entering traffic lane from median
- 202 Entering traffic lane from parking lane
- 203 Entering traffic lane from private lane or driveway
- 204 Entering freeway from on-ramp
- 300 Leaving traffic lane
- 400 Slowing to make left turn
- 401 Slowing to make right turn
- 402 Slowing to stop
- 498 Slowing for other reason
- 500 Parked
- 501 Stopped, preparing to turn left
- 502 Stopped, preparing to turn right
- 503 Stopped in traffic
- 980 Other
- 999 Unknown

**Vehicle Maneuver Reason** | 000
- 000 Normal movement
- 100 To avoid other vehicle
- 101 To avoid non-motorist
- 102 To avoid animal
- 198 To avoid other object
- 200 Passing
- 201 Vehicle out of control, not passing
- 202 Vehicle out of control, passing
- 203 For traffic control
- 204 Due to congestion
- 205 Due to prior crash (collision)
- 206 Due to driver condition
- 207 Due to driver violation
- 208 Due to vehicle condition (failure)
- 209 Due to pavement condition
- 210 High wind
- 980 Other
- 999 Unknown

**Emergency Vehicle Usage** | 970
- 000 Non-emergency, non-transport
- 100 Non-emergency transport
- 200 Emergency operation, emergency warning equipment not in use
- 201 Emergency operation, emergency warning equipment in use
- 970 Not applicable
- 999 Unknown

**Direction of Travel Before Crash** | 500
- 000 Not on roadway
- 001 In roadway but not in motion
- 002 Not on trafficway
- 100 Northbound
- 300 Eastbound
- 500 Southbound
- 700 Westbound
- 999 Unknown

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

# LOUISIANA UNIFORM CRASH REPORT
## VEHICLE INFORMATION
Rev. 2023-2

| Motor Vehicle # | | Case # | J-20989-23 | Page | 4 | of | 15 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

## MOTOR VEHICLE CIRCUMSTANCES

### Skidmark Data (Feet)

| Front Left | Front Right | ☒ Not applicable or measured ☐ Unknown |
|---|---|---|
| | | |
| Rear Left | Rear Right | |
| | | |

**Distance Traveled After Impact (Feet)** ☒ Unknown

**Vehicle Lighting** | 100
000 Headlights off
100 Headlights on
101 Daytime running lights
999 Unknown

**Contributing Defects** | 000
000 None
100 Brakes
101 Exhaust system
102 Body, doors
103 Steering
104 Power train
105 Suspension
106 Tires
107 Wheels
108 Headlights
109 Tail lights
110 Signal lights
111 All lights
112 Window / windshield
113 Mirrors
114 Wipers
115 Truck coupling / trailer hitch / safety chains
980 Other
999 Unknown

### Traffic Control Device Types and Statuses

**Traffic Control Device Types**

000 None

100 Person (including flagger, law enforcement, crossing guard, etc)

200 Bicycle crossing sign
201 Curve Ahead warning sign
202 Intersection Ahead warning sign
203 Pedestrian crossing sign
204 Railroad crossing sign
205 Reduce Speed Ahead warning sign
206 School zone sign
207 Stop sign
208 Yield sign
298 Other warning sign

980 Other

300 Flashing railroad crossing (may include gates)
301 Flashing school zone signal
302 Flashing traffic control signal
303 Lane use control signal
304 Ramp meter signal
305 Traffic control signal
398 Other signal

400 Bicycle crossing
401 Pedestrian crossing
402 Railroad crossing
403 School zone
404 Yellow no passing line
405 White or yellow dash line
406 Solid white lane line
498 Other pavement marking (excluding edgelines, centerlines, or lane lines)

999 Unknown

| | Devices Present | | Devices Inoperative or Missing |
|---|---|---|---|
| 1 | 405 | 1 | 000 |
| 2 | | 2 | |
| 3 | | 3 | |
| 4 | | 4 | |

**Traffic Signal Status** | 970
100 Red signal on
200 Yellow signal on
300 Green signal on
970 Not applicable
999 Unknown

**Automation System Level Present** | 000
000 No automation
100 Driver assistance
101 Partial automation
102 Conditional automation
103 High automation
104 Full automation
199 Automation level unknown
999 Unknown

**Automation System Level Engaged** | 000
000 No automation
100 Driver assistance
101 Partial automation
102 Conditional automation
103 High automation
104 Full automation
199 Automation level unknown
999 Unknown

**Trafficway Division** | 000
000 Not divided
001 Not divided, with a continuous left turn lane
100 Divided, flush median (greater than 4 ft wide)
101 Divided, raised median (curbed)
102 Divided, depressed median
999 Unknown

**Barrier Type** | 000
000 None    100 Cable barrier
101 Concrete barrier (e.g. Jersey barrier)
102 Earth embankment
103 Guardrail
980 Other

| Roadway Grade | 100 | Number of Through Lanes | Number of Auxiliary Lanes | Roadway Alignment | 100 | Permitted Travel | 100 | HOV Lane Presence | 000 | HOV Lane Relation | 000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 Not on trafficway | | 3 | 0 | 000 Not on trafficway | | 000 Not on trafficway | | 000 None present | | 000 No | |
| 100 Level | | | | 100 Straight | | 100 One-way | | 100 Separated barrier, flush (greater than 4 ft wide), raised or depressed median | | 100 Yes | |
| 101 Uphill | | | | 101 Curve left | | 200 Two-way | | 101 Not separated, painted pavement markings, post-mounted delineators | | | |
| 102 Hillcrest | | | | 102 Curve right | | **Speed Limit** ☐ Unknown | | | | | |
| 103 Downhill | | | | | | 60  ☐ N/A | | | | | |
| 104 Sag (bottom) | | | | | | | | | | | |

## MOTOR VEHICLE EVENTS

**Sequence of Events**  1 [201]  2 [ ]  3 [ ]  4 [ ]          **Most Harmful Event** [201]

### Non-Harmful Events

| | |
|---|---|
| 000 Cross centerline | 005 Ran off roadway left |
| 001 Cross median | 006 Ran off roadway right |
| 002 End departure (T-intersection, dead-end, etc.) | 007 Reentering roadway |
| 003 Downhill runaway | 008 Separation of units |
| 004 Equipment failure (blown tire, brake failure, etc.) | 098 Other non-harmful event |

### Collision with Fixed Object

300 Collision with bridge overhead structure
301 Collision with bridge pier or support
302 Collision with bridge rail
303 Collision with cable barrier
304 Collision with concrete traffic barrier
305 Collision with culvert
306 Collision with curb
307 Collision with ditch
308 Collision with embankment
309 Collision with fence
310 Collision with guardrail end terminal
311 Collision with guardrail face
312 Collision with impact attenuator/crash cushion
313 Collision with mailbox
314 Collision with traffic sign support
315 Collision with traffic signal support
316 Collision with tree (standing)
317 Collision with utility pole/light support

396 Collision with other post, pole, or support
397 Collision with other traffic barrier
398 Collision with other fixed object (wall, building, tunnel, etc.)
399 Collision with unknown fixed object

### Non-Collision Events

100 Cargo/equipment loss or shift
101 Fell/jumped from motor vehicle
102 Fire/explosion
103 Immersion, full or partial
104 Jackknife
105 Overturn/rollover
106 Thrown or falling object
198 Other non-collision harmful event

### Collision with Person / Vehicle / Non-Fixed Object

200 Collision with animal (live)
201 Collision with motor vehicle in transport
202 Collision with parked motor vehicle
203 Collision with pedalcycle (including bicycles)
204 Collision with pedestrian
205 Collision with railway vehicle (train, engine)
206 Collision with object at rest from MV in transport
207 Collision with falling, shifting cargo, or anything set in motion by MV
208 Collision with work zone/maintenance equipment
209 Collision with farm equipment
297 Collision with other non-motorist
298 Collision with other non-fixed object

# LOUISIANA UNIFORM CRASH REPORT
## VEHICLE INFORMATION
Rev. 2023-2

2023132712

| Motor Vehicle # | | | |
|---|---|---|---|
| 1 | Case # | J-20989-23 | Page 5 of 15 |

## COMMERCIAL MOTOR VEHICLE INFORMATION

### Vehicle Configuration | 304

000 Vehicles 10,000 lbs or less

100 Vehicles 10,000 lbs or less
   placarded for hazardous materials

200 Bus/large van
   (seats 9-15 occupants, including driver)
201 Bus
   (seats more than 15 occupants, including driver)

300 Single-unit truck (2-axle and GVWR > 10,000 lbs.)
301 Single-unit truck (3 or more axles)
302 Truck pulling trailer(s)
303 Truck tractor (bobtail)
304 Truck tractor/semi-trailer
305 Truck tractor/double
306 Truck tractor/triple
307 Truck more than 10,000 lbs., cannot classify

999 Unknown

### Hazardous Materials Placard | 000

000 Had no placard and not carrying hazardous materials
001 Had a placard, not carrying hazardous materials
100 Carried hazardous material that required placarding
200 Carried hazardous materials without placard    999 Unknown

**Hazardous Material ID**    N/A

### Hazardous Material Class | 970

1 Explosives
2 Gas
3 Flammable liquids
4 Other flammable substances
5 Oxidizing substances and organic peroxides
6 Toxic (poisonous) and infectious substances
7 Radioactive material
8 Corrosives
9 Miscellaneous dangerous goods

970 Not applicable
999 Unknown

### Cargo Body Type | 111

000 No cargo body

| | | |
|---|---|---|
| 100 Bus | 105 Flatbed | 109 Log |
| 101 Auto transporter | 106 Garbage / refuse | 110 Pole trailer |
| 102 Cargo tank | 107 Grain / chips / gravel | 111 Van / enclosed box |
| 103 Concrete mixer | 108 Intermodal container chassis | 112 Vehicle towing another vehicle |
| 104 Dump | | |

970 Not applicable    980 Other       999 Unknown

### Special Sizing
- ☒ 000 No special sizing
- ☐ 100 Over-height
- ☐ 101 Over-length
- ☐ 102 Over-weight
- ☐ 103 Over-width
- ☐ 999 Unknown

### Hazardous Materials Released from Vehicle Cargo Compartment | 970
000 No, hazardous materials not released
100 Yes, hazardous materials released
970 Not applicable

### Load Permitted | 999
000 Non-permitted load
100 Permitted load

970 Not applicable
   (not a qualifying vehicle)
999 Unknown

### Number of Axles
☐ Unknown

3

### Motor Carrier Type | 100
000 Personal vehicle
001 Not in commerce: government
002 Not in commerce: personal rental truck or bus
098 Not in commerce: other
100 Interstate carrier
101 Intrastate carrier

### Motor Carrier Identification | 100
100 US DOT number
101 State number
970 Not applicable
999 Unknown/unable to determine

**State** _____

### Motor Carrier Name   ☐ Unknown
JORDAN CARRIERS INC

### Motor Carrier ID Number
494832

### Motor Carrier Address   ☐ Unknown

| 170 HIGHWAY 61 SOUTH | NATCHEZ | MS | 39120 |
|---|---|---|---|
| Street | City | State | Postal Code |

### Motor Carrier Phone Number   ☐ Unknown
470-547-5257

### GVWR/GCWR | 102
100 Light (less than 10,000 lbs.GVWR/GCWR)
101 Medium (10,001 - 26,000 lbs GVWR/GCWR)
102 Heavy (greater than 26,000 lbs GVWR/GCWR)
970 Not applicable (not a qualifying vehicle)
999 Unknown

### Commodity Hauled
Unknown

## TRAILER INFORMATION    TRAILER #

**VIN** ☐ Unknown

**Number of Axles** ☐ Unknown

| Year ☐ Unknown | Make ☐ Unknown | Model ☐ Unknown |
|---|---|---|

**License Plate** ☐ Missing    ☐ Non-expiring

State _____ ☐ Unknown   Number _____ ☐ Unknown   Year _____ ☐ Unknown

## TRAILER INFORMATION    TRAILER #

**VIN** ☐ Unknown

**Number of Axles** ☐ Unknown

| Year ☐ Unknown | Make ☐ Unknown | Model ☐ Unknown |
|---|---|---|

**License Plate** ☐ Missing    ☐ Non-expiring

State _____ ☐ Unknown   Number _____ ☐ Unknown   Year _____ ☐ Unknown

## TRAILER INFORMATION    TRAILER #

**VIN** ☐ Unknown

**Number of Axles** ☐ Unknown

| Year ☐ Unknown | Make ☐ Unknown | Model ☐ Unknown |
|---|---|---|

**License Plate** ☐ Missing    ☐ Non-expiring

State _____ ☐ Unknown   Number _____ ☐ Unknown   Year _____ ☐ Unknown

# LOUISIANA UNIFORM CRASH REPORT
## DRIVER INFORMATION
Rev. 2023-2

| Motor Vehicle # | | Case # | J-20989-23 | Page | 6 | of | 15 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

## DRIVER INFORMATION

**Name** ☐ Unknown

DAVID (First)    EARL (Middle)    BAILEY (Last)    (Suffix)

**Age** ☐ Unknown: 42

**Sex** | 101
- 100 Female
- 101 Male
- 999 Unknown

**Race** | 102
- 100 American Indian or Alaska Native
- 101 Asian or Pacific Islander
- 102 Black
- 103 White
- 980 Other
- 999 Unknown

**Address** ☐ Unknown

1393 POST OAK DR #D (Street)    CLARKSTON (City)    GA (State)    30021 (Postal Code)

**Phone Number** ☐ Not Collected: 470-547-5257

**Incident Responder** | 000
- 000 No
- 100 EMS
- 101 Fire
- 102 Police
- 103 Tow operator
- 104 Transportation (i.e. maintenance workers, safety service patrol operators, etc.)
- 980 Other
- 999 Unknown

**Date of Birth** ☐ Unknown: 7/28/1981

**Ethnicity** | 101
- 100 Hispanic
- 101 Other than Hispanic
- 999 Unknown

## DRIVER LICENSE INFORMATION

**License Status** | 100
- 100 Valid license
- 000 Not licensed
- 001 Canceled or denied
- 002 Expired
- 003 Revoked
- 004 Suspended
- 999 Unknown

**License Class** | 100
- 000 None
- 100 Class A
- 101 Class B
- 102 Class C
- 200 Light commercial/chauffeur (LA class D)
- 300 Motorcycle only
- 400 Regular driver license (LA class E)
- 970 Not applicable

**Driver License Type** | 200
- 100 Non-CDL driver license
- 101 Non-CDL restricted driver license (learner's permit, temporary/limited, graduated driver license, etc.)
- 200 Commercial driver license (CDL)
- 970 Not applicable

**Commercial Driver License Status** | 100
- 100 Valid
- 101 Learner's permit
- 000 Canceled or denied
- 001 Disqualified
- 002 Expired
- 003 Revoked
- 004 Suspended
- 098 Other (not valid)
- 970 Not applicable (no CDL)
- 999 Unknown

**License Number:** 055196793

**License State:** GA

**Endorsements on License**
- ☒ 000 None/not applicable
- ☐ 100 H - Hazardous materials
- ☐ 101 N - Tank vehicle
- ☐ 102 P - Passenger
- ☐ 103 S - School
- ☐ 104 T - Double/triple trailers
- ☐ 105 X - Combination of tank vehicle and hazardous materials
- ☐ 200 M - Motorcyle
- ☐ 298 Other non-commercial license endorsements
- ☐ 999 Unknown

**Endorsement Compliance** | 000
- 000 No endorsements required for the vehicle
- 100 Endorsements required, complied with
- 101 Endorsements required, not complied with
- 199 Endorsements required, compliance unknown
- 999 Unknown if endorsements required

**Restrictions on License**
- 980 - Other

**Alcohol Interlock Presence** | 970
- 000 No
- 100 Yes
- 970 Not applicable
- 999 Unknown

## DRIVER SEATING AND SAFETY INFORMATION

**Seating Position** | 100

**Standard Vehicle Seats**

| Row | Left | Middle | Right | Unk |
|---|---|---|---|---|
| 1 | 100 | 101 | 102 | 199 |
| 2 | 200 | 201 | 202 | 299 |
| 3 | 300 | 301 | 302 | 399 |
| 4 | 400 | 401 | 402 | 499 |
| Oth | 500 | 501 | 502 | 599 |
| Unk | 600 | 601 | 602 | 699 |

**Other Seating Positions**
- 700 Unenclosed cargo area
- 701 Riding on motor vehicle exterior (non-trailing unit)
- 800 Trailing unit
- 801 Sleeper section of cab (truck)
- 898 Other enclosed cargo area
- 970 Not applicable
- 999 Unknown

**Restraint Systems Used** | 105
- 001 None used – motor vehicle occupant
- 100 Booster seat
- 101 Child restraint system – forward facing
- 102 Child restraint system – rear facing
- 103 Child restraint system – type unknown
- 104 Lap belt only used
- 105 Shoulder and lap belt used
- 106 Shoulder belt only used
- 107 Stretcher
- 108 Wheelchair
- 199 Restraint used – type unknown
- 002 No helmet
- 200 DOT-compliant motorcycle helmet
- 201 Not DOT-compliant motorcycle helmet
- 299 Unknown if DOT-compliant motorcycle helmet
- 970 Not applicable
- 980 Other
- 999 Unknown

**Any indication of improper use?** | 000
- 000 No
- 100 Yes
- 999 Unknown

**Air Bags Deployed**
- ☒ 000 Not deployed
- ☐ 001 Not deployed - switch off
- ☐ 100 Front
- ☐ 101 Side
- ☐ 102 Curtain
- 103 Other (knee, air belt, etc.)
- ☐ 970 Not applicable
- ☐ 999 Deployment unknown

**Ejection** | 000
- 000 Not ejected
- 100 Ejected, partially
- 101 Ejected, totally
- 970 Not applicable
- 999 Unknown

**Extrication** | 000
- 000 No
- 100 Trapped and extricated
- 101 Trapped but not extricated
- 999 Unknown

# LOUISIANA UNIFORM CRASH REPORT
## DRIVER INFORMATION
Rev. 2023-2

2023132712

| Motor Vehicle # | | Case # | J-20989-23 | Page | 7 | of | 15 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

## MEDICAL INFORMATION

**Injury Status** 104

100 (K) Fatal Injury
101 (A) Suspected Serious Injury
102 (B) Suspected Minor Injury
103 (C) Possible Injury
104 (O) No Apparent Injury

**Type of Medical Transportation** 000

000 Not transported    980 Other
100 EMS air    999 Unknown
101 EMS ground
200 Law enforcement

**EMS Response Agency**

Not applicable

**EMS Response Run #**    ☐ Unknown

**Medical Unique Identifier**    ☒ Not applicable    ☐ Unknown

**Facility Receiving Patient**

Not applicable

## DRIVER CONDITION AND CIRCUMSTANCES

**Conditions at Time of Crash** 106

000 Apparently normal
100 Asleep/blacked out
101 Fatigued
102 Emotional (depressed, angry, disturbed, etc.)
103 Ill (sick), fainted
104 Physically impaired
105 Under the influence of medications/drugs/alcohol
106 Inattentive/distracted
970 Not applicable
980 Other
999 Unknown

**Distraction Action** 200

000 Not distracted
100 Talking / listening
101 Manually operating a device (e.g., texting, dialing, playing game, etc.)
200 Inattentive
980 Other distraction
999 Unknown distraction

**Distraction Source** 970

100 Hands-free mobile phone
101 Hand-held mobile phone
102 Vehicle-integrated device
198 Other electronic device
200 Passenger or other non-motorist
201 External to vehicle/non-motorist area
298 Other
970 Not applicable
999 Unknown

**Speeding Relation** 000

000 No
100 Exceeded speed limit
101 Racing
102 Too fast for conditions
999 Unknown

**Vision Obscurement** 980

000 None
100 Rain, snow, etc. on windshield
101 Windshield otherwise obscured
102 Vision obscured by load
103 Trees, bushes, etc.
104 Building
105 Embankment
106 Sign boards
107 Hillcrest
108 Parked vehicles
109 Moving vehicles
110 Blinded by headlights
111 Blinded by sun glare
112 Distracted by neon lights in field of view
980 Other
999 Unknown

**Suspected Alcohol Usage** 000

000 No
100 Yes
999 Unknown

**Test Status** 000

000 Test not given
001 Test refused
100 Test given
999 Unknown if tested

**Alcohol Kit Number** 000    ☐ Unknown

**Alcohol Test Type** 970

100 Blood
101 Blood clot
102 Blood plasma/serum
200 Breath
201 Preliminary breath test (PBT)
300 Urine
301 Vitreous
302 Liver
970 Not applicable
980 Other

**Alcohol Test Results** 970    BAC

000 Results pending
001 Negative results with no actual value
100 Results received
101 Positive results with no actual value
970 Not applicable
999 Unknown

**Suspected Drug Usage** 000

000 No
100 Yes
999 Unknown

**Test Status** 000

000 Test not given
001 Test refused
100 Test given
999 Unknown if tested

**Drug Kit Number**    ☐ Unknown

**Drug Test Type** 970

100 Blood
101 Urine
102 Both blood and urine
103 Saliva
198 Other
970 Not applicable
999 Unknown

**Drug Test Results**

Not applicable

## DRIVER ACTIONS

**Driver Actions at Time of Crash** 108

000 No contributing action

100 Disregarded other road markings
101 Disregarded other traffic signs
102 Failed to keep in proper lane
103 Failed to yield right-of-way
104 Followed too closely
105 Improper backing
106 Improper passing
107 Improper turn
108 Operated motor vehicle in inattentive, careless, negligent, or erratic manner
109 Operated motor vehicle in reckless or aggressive manner
110 Over-correcting or over-steering
111 Ran off roadway
112 Ran red light
113 Ran stop sign
114 Swerved or avoided due to wind,slippery surface,motor vehicle,object,non-motorist in roadway,etc.
115 Wrong side or wrong way

980 Other contributing action
999 Unknown

**Avoidance Maneuver** 104

000 No avoidance maneuver

100 Accelerating
101 Accelerating and steering left
102 Accelerating and steering right
103 Braking and steering left
104 Braking and steering right
105 Braking (lockup)
106 Braking (no lockup)
107 Braking (lockup unknown)
108 Releasing brakes
109 Steering left
110 Steering right

980 Other
999 Unknown

**Pre-Collision Stability** 000

000 Tracking
100 Skidding longitudinally - rotation less than 30 degrees
200 Skidding laterally - clockwise rotation
201 Skidding laterally - counter-clockwise rotation
299 Skidding laterally - rotation direction unknown
980 Other vehicle loss of control
999 Unknown

## CITATIONS

T410812: Local: Local statute

# LOUISIANA UNIFORM CRASH REPORT
## VEHICLE INFORMATION
Rev. 2023-2

| Motor Vehicle # | | Case # | J-20989-23 | Page | 8 | of | 15 |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |

## DESCRIPTION AND INFORMATION

**Check if this vehicle had no driver** ☐

**Hit and Run** 000
- 000 No, did not leave scene
- 100 Yes, driver and vehicle left scene
- 101 Yes, only driver left scene

**Vehicle Type** 100
- 100 Motor vehicle in transport
- 101 Parked motor vehicle
- 102 Working vehicle / equipment

**Vehicle Body Type** 102

Passenger Vehicles
- 100 Passenger car
- 101 Passenger van / Minivan (less than 9 seats)
- 102 (Sport) utility vehicle
- 103 Pickup
- 104 Cargo van

Construction / Farm Equipment
- 200 Construction equipment (backhoe, bulldozer, etc.)
- 201 Farm equipment (tractor, combine, harvester, etc.)

Cycle / Off Road / Recreation
- 300 2-wheeled motorcycle
- 301 3-wheeled motorcycle
- 302 Moped or motorized bicycle
- 303 All-terrain vehicle / all-terrain cycle (ATV / ATC)
- 304 Golf Cart
- 305 Snowmobile
- 306 Low Speed Vehicle
- 307 Recreational off-highway vehicles (ROV)
- 308 Autocycle

Trucks
- 400 Single unit truck
- 401 Truck tractor
- 498 Other truck

Large Passenger Vehicle
- 500 Motor home
- 501 Passenger van (9-15 seats)
- 502 Passenger van (16+ seats)
- 503 Large limo
- 504 Mini-bus
- 505 School bus
- 506 Transit bus
- 507 Motorcoach
- 598 Other bus / large passenger vehicle

Other
- 980 Other
- 999 Unknown

**VIN** WA15AAFY0P2034552 ☐ Unknown

| Model Year ☐ Unknown | Make | Model | Color |
|---|---|---|---|
| 2023 | Audi | Q5 | Gray |

**License Plate** ☐ Missing ☐ Non-expiring
State LA ☐ Unknown Number 215FXI ☐ Unknown Year 2024 ☐ Unknown

**Owner Name** ☐ Same as driver ☐ Unknown
NIA ALEXANDER

**Owner Address** ☐ Same as driver ☐ Unknown
5640 RED MAPLE DR / NEW ORLEANS / LA / 70129
*Street / City / State / Postal Code*

**Insurance** ☒ Uninsured at time of crash
- Company ___ ☐ Unknown
- Phone # ___ ☐ Unknown
- NAIC # ___ ☐ Unknown
- Policy # ___ ☐ Unknown
- Expiration Date ___ ☐ Unknown

## DAMAGE

**Damage Extent** 102
- 000 None
- 100 Minor damage
- 101 Functional damage
- 102 Disabling damage
- 990 Vehicle not at scene

**Initial Point of Contact**

| 7 | 8 | 9 | 10 | 11 |
6 → 12
| 5 | 4 | 3 | 2 | 1 |

- ☐ 000 Non-collision
- ☐ 001 Vehicle not at scene
- ☐ 100 Top
- ☐ 113 Undercarriage
- ☐ 114 Cargo Loss
- ☐ 999 Unknown

**Damaged Areas**

| 7 | 8 | 9 | 10 | 11 |
6 → 12
| 5 | 4 | 3 | 2 | 1 |

- ☐ 001 Vehicle not at scene
- ☐ 002 No damage
- ☐ 100 Top
- ☐ 113 Undercarriage

## TOWING

**Tow Status** 101
- 000 Not towed
- 100 Towed, but not due to disabling damage
- 101 Towed (or will be towed) due to disabling damage

**Tow Authority** 100
- 100 Owner
- 101 Law enforcement
- 970 Not applicable
- 980 Other

**Towed By** ☒ Unknown

## MOTOR VEHICLE CIRCUMSTANCES

**Vehicle Usage** 000
- 000 No special function
- 100 Bus - school (public or private)
- 101 Bus - childcare / daycare
- 102 Bus - transit / commuter
- 103 Bus - charter / tour
- 104 Bus - intercity
- 105 Bus - shuttle
- 198 Bus - other
- 200 Farm vehicle
- 201 Fire truck
- 202 Highway / maintenance
- 203 Mail carrier
- 204 Military
- 205 Ambulance
- 206 Police
- 207 Public utility
- 208 Non-transport emergency services vehicle
- 209 Safety service patrols - incident response
- 210 Other incident response
- 211 Rental truck (over 10,000 lbs)
- 212 Towing - incident response
- 213 Truck acting as crash attenuator
- 214 Taxi
- 215 Vehicle used for electronic ride-hailing (transportation network company)
- 980 Other
- 999 Unknown

**Vehicle Maneuver** 402
- 100 Movements essentially straight ahead
- 101 Backing
- 102 Changing lanes
- 103 Making U-turn
- 104 Negotiating a curve
- 105 Overtaking / passing
- 106 Turning left
- 107 Turning right
- 108 Traveling wrong way
- 109 Crossed median into opposing lane
- 110 Crossed center line into opposing lane
- 111 Ran off road (not while making turn at intersection)
- 200 Entering traffic lane from shoulder
- 201 Entering traffic lane from median
- 202 Entering traffic lane from parking lane
- 203 Entering traffic lane from private lane or driveway
- 204 Entering freeway from on-ramp
- 300 Leaving traffic lane
- 400 Slowing to make left turn
- 401 Slowing to make right turn
- 402 Slowing to stop
- 498 Slowing for other reason
- 500 Parked
- 501 Stopped, preparing to turn left
- 502 Stopped, preparing to turn right
- 503 Stopped in traffic
- 980 Other
- 999 Unknown

**Vehicle Maneuver Reason** 100
- 000 Normal movement
- 100 To avoid other vehicle
- 101 To avoid non-motorist
- 102 To avoid animal
- 198 To avoid other object
- 200 Passing
- 201 Vehicle out of control, not passing
- 202 Vehicle out of control, passing
- 203 For traffic control
- 204 Due to congestion
- 205 Due to prior crash (collision)
- 206 Due to driver condition
- 207 Due to driver violation
- 208 Due to vehicle condition (failure)
- 209 Due to pavement condition
- 210 High wind
- 980 Other
- 999 Unknown

**Emergency Vehicle Usage** 970
- 000 Non-emergency, non-transport
- 100 Non-emergency transport
- 200 Emergency operation, emergency warning equipment not in use
- 201 Emergency operation, emergency warning equipment in use
- 970 Not applicable
- 999 Unknown

**Direction of Travel Before Crash** 500
- 000 Not on roadway
- 001 In roadway but not in motion
- 002 Not on trafficway
- 100 Northbound
- 300 Eastbound
- 500 Southbound
- 700 Westbound
- 999 Unknown

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

Revision 1 of 1  Printed 12/07/2023 1005 | **LOUISIANA UNIFORM CRASH REPORT** | 2023132712
**VEHICLE INFORMATION**
Rev. 2023-2

Case # J-20989-23 | Page 9 of 15

Motor Vehicle # 2

## MOTOR VEHICLE CIRCUMSTANCES

### Skidmark Data (Feet)

Front Left | Front Right | ☒ Not applicable or measured
☐ Unknown

Rear Left | Rear Right

**Distance Traveled After Impact (Feet)** ☒ Unknown

**Vehicle Lighting** | 100
000 Headlights off
100 Headlights on
101 Daytime running lights
999 Unknown

**Contributing Defects** | 000
000 None
100 Brakes
101 Exhaust system
102 Body, doors
103 Steering
104 Power train
105 Suspension
106 Tires
107 Wheels
108 Headlights
109 Tail lights
110 Signal lights
111 All lights
112 Window / windshield
113 Mirrors
114 Wipers
115 Truck coupling / trailer hitch / safety chains
980 Other
999 Unknown

### Traffic Control Device Types and Statuses

**Traffic Control Device Types**

000 None
100 Person (including flagger, law enforcement, crossing guard, etc)
200 Bicycle crossing sign
201 Curve Ahead warning sign
202 Intersection Ahead warning sign
203 Pedestrian crossing sign
204 Railroad crossing sign
205 Reduce Speed Ahead warning sign
206 School zone sign
207 Stop sign
208 Yield sign
298 Other warning sign

300 Flashing railroad crossing (may include gates)
301 Flashing school zone signal
302 Flashing traffic control signal
303 Lane use control signal
304 Ramp meter signal
305 Traffic control signal
398 Other signal

400 Bicycle crossing
401 Pedestrian crossing
402 Railroad crossing
403 School zone
404 Yellow no passing line
405 White or yellow dash line
406 Solid white lane line
498 Other pavement marking (excluding edgelines, centerlines, or lane lines)

980 Other
999 Unknown

| Devices Present | Devices Inoperative or Missing |
|---|---|
| 1 | 405 | 1 | 000 |
| 2 | | 2 | |
| 3 | | 3 | |
| 4 | | 4 | |

**Traffic Signal Status** | 970
100 Red signal on
200 Yellow signal on
300 Green signal on
970 Not applicable
999 Unknown

**Automation System Level Present** | 000
000 No automation
100 Driver assistance
101 Partial automation
102 Conditional automation
103 High automation
104 Full automation
199 Automation level unknown
999 Unknown

**Automation System Level Engaged** | 000
000 No automation
100 Driver assistance
101 Partial automation
102 Conditional automation
103 High automation
104 Full automation
199 Automation level unknown
999 Unknown

**Trafficway Division** | 000
000 Not divided
001 Not divided, with a continuous left turn lane
100 Divided, flush median (greater than 4 ft wide)
101 Divided, raised median (curbed)
102 Divided, depressed median
999 Unknown

**Barrier Type** | 000
000 None  100 Cable barrier
101 Concrete barrier (e.g. Jersey barrier)
102 Earth embankment
103 Guardrail
980 Other

| Roadway Grade | 100 | Number of Through Lanes | Number of Auxiliary Lanes | Roadway Alignment | 100 | Permitted Travel | 100 | HOV Lane Presence | 000 | HOV Lane Relation | 000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 Not on trafficway | | 2 | 0 | 000 Not on trafficway | | 000 Not on trafficway | | 000 None present | | 000 No | |
| 100 Level | | | | 100 Straight | | 100 One-way | | 100 Separated barrier, flush (greater than 4 ft wide), raised or depressed median | | 100 Yes | |
| 101 Uphill | | | | 101 Curve left | | 200 Two-way | | 101 Not separated, painted pavement markings, post-mounted delineators | | | |
| 102 Hillcrest | | | | 102 Curve right | | **Speed Limit** ☐ Unknown | | | | | |
| 103 Downhill | | | | | | 60  ☐ N/A | | | | | |
| 104 Sag (bottom) | | | | | | | | | | | |

## MOTOR VEHICLE EVENTS

**Sequence of Events** 1 [201]  2 [ ]  3 [ ]  4 [ ] | **Most Harmful Event** [201]

### Non-Harmful Events

000 Cross centerline
001 Cross median
002 End departure (T-intersection, dead-end, etc.)
003 Downhill runaway
004 Equipment failure (blown tire, brake failure, etc.)

005 Ran off roadway left
006 Ran off roadway right
007 Reentering roadway
008 Separation of units
098 Other non-harmful event

### Collision with Fixed Object

300 Collision with bridge overhead structure
301 Collision with bridge pier or support
302 Collision with bridge rail
303 Collision with cable barrier
304 Collision with concrete traffic barrier
305 Collision with culvert
306 Collision with curb
307 Collision with ditch
308 Collision with embankment
309 Collision with fence
310 Collision with guardrail end terminal
311 Collision with guardrail face
312 Collision with impact attenuator/crash cushion
313 Collision with mailbox
314 Collision with traffic sign support
315 Collision with traffic signal support
316 Collision with tree (standing)
317 Collision with utility pole/light support

396 Collision with other post, pole, or support
397 Collision with other traffic barrier
398 Collision with other fixed object (wall, building, tunnel, etc.)
399 Collision with unknown fixed object

### Non-Collision Events

100 Cargo/equipment loss or shift
101 Fell/jumped from motor vehicle
102 Fire/explosion
103 Immersion, full or partial
104 Jackknife
105 Overturn/rollover
106 Thrown or falling object
198 Other non-collision harmful event

### Collision with Person / Vehicle / Non-Fixed Object

200 Collision with animal (live)
201 Collision with motor vehicle in transport
202 Collision with parked motor vehicle
203 Collision with pedalcycle (including bicycles)
204 Collision with pedestrian
205 Collision with railway vehicle (train, engine)
206 Collision with object at rest from MV in transport
207 Collision with falling, shifting cargo, or anything set in motion by MV
208 Collision with work zone/maintenance equipment
209 Collision with farm equipment
297 Collision with other non-motorist
298 Collision with other non-fixed object

# LOUISIANA UNIFORM CRASH REPORT
## VEHICLE INFORMATION
Rev. 2023-2

| Motor Vehicle # | Case # | J-20989-23 | Page 10 of 15 |
|---|---|---|---|
| 2 | | | |

## COMMERCIAL MOTOR VEHICLE INFORMATION

**Vehicle Configuration** `000`

000 Vehicles 10,000 lbs or less

100 Vehicles 10,000 lbs or less
  placarded for hazardous materials

200 Bus/large van
  (seats 9-15 occupants, including driver)
201 Bus
  (seats more than 15 occupants, including driver)

300 Single-unit truck (2-axle and GVWR > 10,000 lbs.)    999 Unknown
301 Single-unit truck (3 or more axles)
302 Truck pulling trailer(s)
303 Truck tractor (bobtail)
304 Truck tractor/semi-trailer
305 Truck tractor/double
306 Truck tractor/triple
307 Truck more than 10,000 lbs., cannot classify

**Hazardous Materials Placard** `000`

000 Had no placard and not carrying hazardous materials
001 Had a placard, not carrying hazardous materials
100 Carried hazardous material that required placarding
200 Carried hazardous materials without placard    999 Unknown

**Hazardous Material ID**    N/A

**Hazardous Material Class** `970`

1 Explosives    970 Not applicable
2 Gas    999 Unknown
3 Flammable liquids
4 Other flammable substances
5 Oxidizing substances and organic peroxides
6 Toxic (poisonous) and infectious substances
7 Radioactive material
8 Corrosives
9 Miscellaneous dangerous goods

**Cargo Body Type** `970`

000 No cargo body

| | | |
|---|---|---|
| 100 Bus | 105 Flatbed | 109 Log |
| 101 Auto transporter | 106 Garbage / refuse | 110 Pole trailer |
| 102 Cargo tank | 107 Grain / chips / gravel | 111 Van / enclosed box |
| 103 Concrete mixer | 108 Intermodal container chassis | 112 Vehicle towing another vehicle |
| 104 Dump | | |

970 Not applicable    980 Other    999 Unknown

**Special Sizing**
☒ 000 No special sizing
☐ 100 Over-height
☐ 101 Over-length
☐ 102 Over-weight
☐ 103 Over-width
☐ 999 Unknown

**Hazardous Materials Released from Vehicle Cargo Compartment** `970`
000 No, hazardous materials not released
100 Yes, hazardous materials released
970 Not applicable

| Load Permitted `970` | Number of Axles | Motor Carrier Type `000` | Motor Carrier Identification `970` |
|---|---|---|---|
| 000 Non-permitted load | ☐ Unknown | 000 Personal vehicle | 100 US DOT number |
| 100 Permitted load | | 001 Not in commerce: government | 101 State number |
| | | 002 Not in commerce: personal rental truck or bus | 970 Not applicable |
| 970 Not applicable (not a qualifying vehicle) | | 098 Not in commerce: other | 999 Unknown/unable to determine |
| 999 Unknown | | 100 Interstate carrier | State _____ |
| | | 101 Intrastate carrier | |

**Motor Carrier Name** ☐ Unknown

**Motor Carrier ID Number**

**Motor Carrier Address** ☐ Unknown

Street     City     State     Postal Code

**Motor Carrier Phone Number** ☐ Unknown

**GVWR/GCWR** `100`
100 Light (less than 10,000 lbs.GVWR/GCWR)
101 Medium (10,001 - 26,000 lbs GVWR/GCWR)
102 Heavy (greater than 26,000 lbs GVWR/GCWR)
970 Not applicable (not a qualifying vehicle)
999 Unknown

**Commodity Hauled**

## TRAILER INFORMATION    TRAILER #

VIN ☐ Unknown     Number of Axles ☐ Unknown

Year ☐ Unknown    Make ☐ Unknown    Model ☐ Unknown

License Plate ☐ Missing    ☐ Non-expiring

State _____ ☐ Unknown    Number _____ ☐ Unknown    Year _____ ☐ Unknown

## TRAILER INFORMATION    TRAILER #

VIN ☐ Unknown     Number of Axles ☐ Unknown

Year ☐ Unknown    Make ☐ Unknown    Model ☐ Unknown

License Plate ☐ Missing    ☐ Non-expiring

State _____ ☐ Unknown    Number _____ ☐ Unknown    Year _____ ☐ Unknown

## TRAILER INFORMATION    TRAILER #

VIN ☐ Unknown     Number of Axles ☐ Unknown

Year ☐ Unknown    Make ☐ Unknown    Model ☐ Unknown

License Plate ☐ Missing    ☐ Non-expiring

State _____ ☐ Unknown    Number _____ ☐ Unknown    Year _____ ☐ Unknown

# LOUISIANA UNIFORM CRASH REPORT
## DRIVER INFORMATION
Rev. 2023-2

| Motor Vehicle # | | | |
|---|---|---|---|
| 2 | | Case # J-20989-23 | Page 11 of 15 |

## DRIVER INFORMATION

**Name** ☐ Unknown

| NIA | IMANI | ALEXANDER | |
|---|---|---|---|
| First | Middle | Last | Suffix |

**Age** ☐ Unknown: 31

**Sex** `100`
- 100 Female
- 101 Male
- 999 Unknown

**Race** `102`
- 100 American Indian or Alaska Native
- 101 Asian or Pacific Islander
- 102 Black
- 103 White
- 980 Other
- 999 Unknown

**Address** ☐ Unknown

| 5640 RED MAPLE DR | NEW ORLEANS | LA | 70129-0000 |
|---|---|---|---|
| Street | City | State | Postal Code |

**Phone Number** ☐ Not Collected
504-239-3495

**Incident Responder** `000`
- 000 No
- 100 EMS
- 101 Fire
- 102 Police
- 103 Tow operator
- 104 Transportation (i.e. maintenance workers, safety service patrol operators, etc.)
- 980 Other
- 999 Unknown

**Date of Birth** ☐ Unknown
5/20/1992

**Ethnicity** `101`
- 100 Hispanic
- 101 Other than Hispanic
- 999 Unknown

## DRIVER LICENSE INFORMATION

**License Status** `100`
- 100 Valid license
- 000 Not licensed
- 001 Canceled or denied
- 002 Expired
- 003 Revoked
- 004 Suspended
- 999 Unknown

**License Class** `400`
- 000 None
- 100 Class A
- 101 Class B
- 102 Class C
- 200 Light commercial/chauffeur (LA class D)
- 300 Motorcycle only
- 400 Regular driver license (LA class E)
- 970 Not applicable

**Driver License Type** `100`
- 100 Non-CDL driver license
- 101 Non-CDL restricted driver license (learner's permit, temporary/limited, graduated driver license, etc.)
- 200 Commercial driver license (CDL)
- 970 Not applicable

**Commercial Driver License Status** `970`
- 100 Valid
- 101 Learner's permit
- 000 Canceled or denied
- 001 Disqualified
- 002 Expired
- 003 Revoked
- 004 Suspended
- 098 Other (not valid)
- 970 Not applicable (no CDL)
- 999 Unknown

| License Number | License State |
|---|---|
| 010267878 | LA |

**Endorsements on License**
- ☒ 000 None/not applicable
- ☐ 100 H - Hazardous materials
- ☐ 101 N - Tank vehicle
- ☐ 102 P - Passenger
- ☐ 103 S - School
- ☐ 104 T - Double/triple trailers
- ☐ 105 X - Combination of tank vehicle and hazardous materials
- ☐ 200 M - Motorcyle
- ☐ 298 Other non-commercial license endorsements
- ☐ 999 Unknown

**Endorsement Compliance** `000`
- 000 No endorsements required for the vehicle
- 100 Endorsements required, complied with
- 101 Endorsements required, not complied with
- 199 Endorsements required, compliance unknown
- 999 Unknown if endorsements required

**Restrictions on License**
000 - None

**Alcohol Interlock Presence** `970`
- 000 No
- 100 Yes
- 970 Not applicable
- 999 Unknown

## DRIVER SEATING AND SAFETY INFORMATION

**Seating Position** `100`

**Standard Vehicle Seats**

| | Front | | | |
|---|---|---|---|---|
| Row | Left | Middle | Right | Unk |
| 1 | 100 | 101 | 102 | 199 |
| 2 | 200 | 201 | 202 | 299 |
| 3 | 300 | 301 | 302 | 399 |
| 4 | 400 | 401 | 402 | 499 |
| Oth | 500 | 501 | 502 | 599 |
| Unk | 600 | 601 | 602 | 699 |

**Other Seating Positions**
- 700 Unenclosed cargo area
- 701 Riding on motor vehicle exterior (non-trailing unit)
- 800 Trailing unit
- 801 Sleeper section of cab (truck)
- 898 Other enclosed cargo area
- 970 Not applicable
- 999 Unknown

**Restraint Systems Used** `105`
- 001 None used – motor vehicle occupant
- 100 Booster seat
- 101 Child restraint system – forward facing
- 102 Child restraint system – rear facing
- 103 Child restraint system – type unknown
- 104 Lap belt only used
- 105 Shoulder and lap belt used
- 106 Shoulder belt only used
- 107 Stretcher
- 108 Wheelchair
- 199 Restraint used – type unknown
- 002 No helmet
- 200 DOT-compliant motorcycle helmet
- 201 Not DOT-compliant motorcycle helmet
- 299 Unknown if DOT-compliant motorcycle helmet
- 970 Not applicable
- 980 Other
- 999 Unknown

**Any indication of improper use?** `000`
- 000 No
- 100 Yes
- 999 Unknown

**Air Bags Deployed**
- ☒ 000 Not deployed
- ☐ 001 Not deployed - switch off
- ☐ 100 Front
- ☐ 101 Side
- ☐ 102 Curtain
- 103 Other (knee, air belt, etc.)
- ☐ 970 Not applicable
- ☐ 999 Deployment unknown

**Ejection** `000`
- 000 Not ejected
- 100 Ejected, partially
- 101 Ejected, totally
- 970 Not applicable
- 999 Unknown

**Extrication** `000`
- 000 No
- 100 Trapped and extricated
- 101 Trapped but not extricated
- 999 Unknown

# LOUISIANA UNIFORM CRASH REPORT
## DRIVER INFORMATION
Rev. 2023-2

| Motor Vehicle # | | | |
|---|---|---|---|
| 2 | Case # | J-20989-23 | Page 12 of 15 |

## MEDICAL INFORMATION

**Injury Status** | 103

100 (K) Fatal Injury
101 (A) Suspected Serious Injury
102 (B) Suspected Minor Injury
103 (C) Possible Injury
104 (O) No Apparent Injury

**Type of Medical Transportation** | 000

000 Not transported
101 EMS ground
200 Law enforcement
100 EMS air
980 Other
999 Unknown

**EMS Response Agency**

Not applicable

**EMS Response Run #** ☐ Unknown

**Medical Unique Identifier**  ☒ Not applicable  ☐ Unknown

**Facility Receiving Patient**

Not applicable

## DRIVER CONDITION AND CIRCUMSTANCES

**Conditions at Time of Crash** | 000

000 Apparently normal
100 Asleep/blacked out
101 Fatigued
102 Emotional (depressed, angry, disturbed, etc.)
103 Ill (sick), fainted
104 Physically impaired
105 Under the influence of medications/drugs/alcohol
106 Inattentive/distracted
970 Not applicable
980 Other
999 Unknown

**Distraction Action** | 000

000 Not distracted
100 Talking / listening
101 Manually operating a device (e.g., texting, dialing, playing game, etc.)
200 Inattentive
980 Other distraction
999 Unknown distraction

**Distraction Source** | 970

100 Hands-free mobile phone
101 Hand-held mobile phone
102 Vehicle-integrated device
198 Other electronic device
200 Passenger or other non-motorist
201 External to vehicle/non-motorist area
298 Other
970 Not applicable
999 Unknown

**Speeding Relation** | 000

000 No
100 Exceeded speed limit
101 Racing
102 Too fast for conditions
999 Unknown

**Vision Obscurement** | 000

000 None
100 Rain, snow, etc. on windshield
101 Windshield otherwise obscured
102 Vision obscured by load
103 Trees, bushes, etc.
104 Building
105 Embankment
106 Sign boards
107 Hillcrest
108 Parked vehicles
109 Moving vehicles
110 Blinded by headlights
111 Blinded by sun glare
112 Distracted by neon lights in field of view
980 Other
999 Unknown

**Suspected Alcohol Usage** | 000
000 No
100 Yes
999 Unknown

**Test Status** | 000
000 Test not given
001 Test refused
100 Test given
999 Unknown if tested

**Alcohol Kit Number** ☐ Unknown | 000

**Alcohol Test Type** | 970
100 Blood
101 Blood clot
102 Blood plasma/serum
200 Breath
201 Preliminary breath test (PBT)
300 Urine
301 Vitreous
302 Liver
970 Not applicable
980 Other

**Alcohol Test Results** | 970
000 Results pending
001 Negative results with no actual value
100 Results received
101 Positive results with no actual value
970 Not applicable
999 Unknown

**BAC** | 970

**Suspected Drug Usage** | 000
000 No
100 Yes
999 Unknown

**Test Status** | 000
000 Test not given
001 Test refused
100 Test given
999 Unknown if tested

**Drug Kit Number** ☐ Unknown | 000

**Drug Test Type** | 970
100 Blood
101 Urine
102 Both blood and urine
103 Saliva
198 Other
970 Not applicable
999 Unknown

**Drug Test Results**
Not applicable

## DRIVER ACTIONS

**Driver Actions at Time of Crash**

000 No contributing action

100 Disregarded other road markings
101 Disregarded other traffic signs
102 Failed to keep in proper lane
103 Failed to yield right-of-way
104 Followed too closely
105 Improper backing
106 Improper passing
107 Improper turn
108 Operated motor vehicle in inattentive, careless, negligent, or erratic manner
109 Operated motor vehicle in reckless or aggressive manner
110 Over-correcting or over-steering
111 Ran off roadway
112 Ran red light
113 Ran stop sign
114 Swerved or avoided due to wind,slippery surface,motor vehicle,object,non-motorist in roadway,etc.
115 Wrong side or wrong way

980 Other contributing action
999 Unknown

**Avoidance Maneuver** | 000

000 No avoidance maneuver

100 Accelerating
101 Accelerating and steering left
102 Accelerating and steering right
103 Braking and steering left
104 Braking and steering right
105 Braking (lockup)
106 Braking (no lockup)
107 Braking (lockup unknown)
108 Releasing brakes
109 Steering left
110 Steering right

980 Other
999 Unknown

**Pre-Collision Stability** | 000

000 Tracking
100 Skidding longitudinally - rotation less than 30 degrees
200 Skidding laterally - clockwise rotation
201 Skidding laterally - counter-clockwise rotation
299 Skidding laterally - rotation direction unknown
980 Other vehicle loss of control
999 Unknown

## CITATIONS

T410813: 32:865: Criminal sanctions for operating motor vehicle with no insurance

# LOUISIANA UNIFORM CRASH REPORT
## PASSENGER INFORMATION
Rev. 2023-2

| Total # of Passengers | | Case # | J-20989-23 | Page | 13 | of | 15 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

## PASSENGER INFORMATION

**MOTOR VEHICLE # 2   PASSENGER # 1**

| Name ☐ Unknown | | | | Date of Birth | Age | Sex | 101 | Race |
|---|---|---|---|---|---|---|---|---|
| MASON | | THOMAS | | Unknown | 7 | 100 Female / 101 Male / 999 Unknown | | 102 |
| First | Middle | Last | Suffix | | | | | |

| Address ☐ Unknown | | | | | | Phone Number ☒ Not Collected | Ethnicity |
|---|---|---|---|---|---|---|---|
| 5640 RED MAPLE DR | | NEW ORLEANS | LA | 70129-0000 | | | 101 |
| Street | City | | State | Postal Code | | | |

| Air Bags Deployed | | Injury Status | Incident Responder | Restraint System | Any indication of improper use? 000 No / 100 Yes / 999 Unknown | 000 | Seating Position | Ejection | Extrication |
|---|---|---|---|---|---|---|---|---|---|
| ☒ 000 Not deployed | ☐ 970 Not applicable | 103 | 000 | 105 | | | 202 | 000 | 000 |
| ☐ 001 Not deployed - switch off | ☐ 999 Unknown | | | | | | | | |

| - switch off | Type of Medical Transportation | Medical Unique Identifier | ☒ Not applicable ☐ Unknown | EMS Response Agency | Facility Receiving Patient |
|---|---|---|---|---|---|
| ☐ 100 Front | | | | Not applicable | |
| ☐ 101 Side | | | | | Not applicable |
| ☐ 102 Curtain | 000 | | | EMS Response Run # ☐ Unknown | |
| ☐ 103 Other | | | | | |

**MOTOR VEHICLE #        PASSENGER #**

| Name ☐ Unknown | | | | Date of Birth | Age | Sex | | Race |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 100 Female / 101 Male / 999 Unknown | | |
| First | Middle | Last | Suffix | | | | | |

| Address ☐ Unknown | | | | | | Phone Number ☐ Not Collected | Ethnicity |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Street | City | | State | Postal Code | | | |

| Air Bags Deployed | | Injury Status | Incident Responder | Restraint System | Any indication of improper use? 000 No / 100 Yes / 999 Unknown | Seating Position | Ejection | Extrication |
|---|---|---|---|---|---|---|---|---|
| ☐ 000 Not deployed | ☐ 970 Not applicable | | | | | | | |
| ☐ 001 Not deployed - switch off | ☐ 999 Unknown | | | | | | | |

| - switch off | Type of Medical Transportation | Medical Unique Identifier | ☐ Not applicable ☐ Unknown | EMS Response Agency | Facility Receiving Patient |
|---|---|---|---|---|---|
| ☐ 100 Front | | | | | |
| ☐ 101 Side | | | | | |
| ☐ 102 Curtain | | | | EMS Response Run # ☐ Unknown | |
| ☐ 103 Other | | | | | |

**MOTOR VEHICLE #        PASSENGER #**

| Name ☐ Unknown | | | | Date of Birth | Age | Sex | | Race |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 100 Female / 101 Male / 999 Unknown | | |
| First | Middle | Last | Suffix | | | | | |

| Address ☐ Unknown | | | | | | Phone Number ☐ Not Collected | Ethnicity |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Street | City | | State | Postal Code | | | |

| Air Bags Deployed | | Injury Status | Incident Responder | Restraint System | Any indication of improper use? 000 No / 100 Yes / 999 Unknown | Seating Position | Ejection | Extrication |
|---|---|---|---|---|---|---|---|---|
| ☐ 000 Not deployed | ☐ 970 Not applicable | | | | | | | |
| ☐ 001 Not deployed - switch off | ☐ 999 Unknown | | | | | | | |

| - switch off | Type of Medical Transportation | Medical Unique Identifier | ☐ Not applicable ☐ Unknown | EMS Response Agency | Facility Receiving Patient |
|---|---|---|---|---|---|
| ☐ 100 Front | | | | | |
| ☐ 101 Side | | | | | |
| ☐ 102 Curtain | | | | EMS Response Run # ☐ Unknown | |
| ☐ 103 Other | | | | | |

## PASSENGER CODES

**Injury Status**
100 (K) Fatal injury
101 (A) Suspected serious injury
102 (B) Suspected minor injury
103 (C) Possible injury
104 (O) No apparent injury

**Race**
100 American Indian or Alaska Native
101 Asian or Pacific Islander
102 Black
103 White
980 Other
999 Unknown

**Type of Medical Transportation**
000 Not transported
100 EMS air
101 EMS ground
200 Law enforcement
980 Other
999 Unknown

**Ejection**
000 Not ejected
100 Ejected, partially
101 Ejected, totally
970 Not applicable
999 Unknown

**Extrication**
000 No
100 Trapped and extricated
101 Trapped but not extricated
999 Unknown

**Incident Responder**
000 No
100 EMS
101 Fire
102 Police
103 Tow operator
104 Transportation
(i.e. maintenance workers, safety service patrol operators, etc.)
980 Other
999 Unknown

**Restraint Systems**
001 None used – motor vehicle occupant
100 Booster seat
101 Child restraint system – forward facing
102 Child restraint system – rear facing
103 Child restraint system – type unknown
104 Lap belt only used
105 Shoulder and lap belt used
106 Shoulder belt only used
107 Stretcher
108 Wheelchair
199 Restraint used – type unknown
002 No helmet
200 DOT-compliant motorcycle helmet
201 Not DOT-compliant motorcycle helmet
299 Unknown if DOT-compliant motorcycle helmet
970 Not applicable
980 Other
999 Unknown

**Seating Position**

| Row | Left | Middle | Right | Unk |
|---|---|---|---|---|
| 1 | 100 | 101 | 102 | 199 |
| 2 | 200 | 201 | 202 | 299 |
| 3 | 300 | 301 | 302 | 399 |
| 4 | 400 | 401 | 402 | 499 |
| Other | 500 | 501 | 502 | 599 |
| Unk | 600 | 601 | 602 | 699 |

700 Unenclosed cargo area
701 Riding on motor vehicle exterior (non-trailing unit)
800 Trailing unit
801 Sleeper section of cab (truck)
898 Other enclosed cargo area
970 Not applicable
999 Unknown

| Scene # | | | | Case # | J-20989-23 | Page | 14 | of | 15 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

**CRASH DIAGRAM**



GRASSY MEDIAN

VEH#2

VEH#1

P.O.I.

N

I-510 SOUTH

*Not To Scale*

## CRASH NARRATIVE

DRIVER OF VEHICLE # ONE STATED HE WAS TRAVELING SOUTH BOUND ON I-510 NEAR LAKE FOREST ON RAMP, IN THE MIDDLE LANE. THE DRIVER STATED WHILE TRAVELING FORWARD, VEHICLE # TWO ENTERED HIS LANE OF TRAVEL FROM THE RIGHT LANE, AHEAD OF HIS VEHICLE. THE DRIVER STATED SHORTLY AFTER VEHICLE # TWO ENTERED THE MIDDLE LANE, VEHICLE # TWO BEGAN TO BRAKE QUICKLY. THE DRIVER STATED HE ATTEMPTED TO BRAKE AND STEER TO THE RIGHT BUT STRUCK THE REAR OF VEHICLE # TWO. THE DRIVER STATED THERE WAS FOG WAS IN THE AREA AT THE TIME OF THE CRASH.

THE DRIVER OF VEHICLE # TWO STATED SHE WAS TRAVELING SOUTH BOUND ON I-510 NEAR THE LAKE FOREST ON RAMP, IN THE RIGHT LANE. THE DRIVER STATED SHE MERGED INTO THE MIDDLE LANE AHEAD OF VEHICLE # ONE. THE DRIVER STATED WHILE TRAVELING FORWARD SHE NOTICED TRAFFIC WAS AT A STOP AHEAD. THE DRIVER STATED SHE BEGAN SLOWING HER VEHICLE TO A STOP, AND A THAT POINT VEHICLE # ONE STRUCK THE REAR OF HER VEHICLE. THE DRIVER STATED THE IMPACT FORCED HER VEHICLE INTO THE LEFT LANE, THEN INTO THE GRASSY MEDIAN. THE DRIVER STATED THERE WAS FOG WAS IN THE AREA AT THE TIME OF THE CRASH.

THE OFFICER OBSERVED MODERATED DAMAGE TO THE FRONT OF VEHICLE # ONE AND DISABLING DAMAGE TO THE REAR OF VEHICLE # TWO. THE OFFICER VIEWED IN-CAR DASH CAMERA FOOTAGE FROM VEHICLE # ONE. THE FOOTAGE SHOWS VEHICLE # TWO MERGED INTO THE MIDDLE LANE FROM THE RIGHT IN FRONT OF VEHICLE # ONE, WITH THE USED OF THE VEHICLE'S RIGHT BLINKER. VEHICLE # TWO ESTABLISHES ITS SELF INTO THE MIDDLE LANE. VEHICLE # TWO THEN NOTICED THE TRAFFIC STOP AHEAD AND BEGAN BRAKING, THEN VEHICLE # ONE STRUCK THE REAR OF VEHICLE # TWO. VEHICLE # ONE APPEARED TO BRAKE AND STEER TO THE RIGHT TO AVOID THE CRASH. THE FOOTAGE ALSO SHOWS DENSE FOG IN THE CRASH. THE OFFICER ISSUED DRIVER OF VEHICLE # ONE A CITATION OF REASONABLE VIGILANCE. THE OFFICER ALSO ISSUED THE DRIVER OF VEHICLE # TWO FOR NO INSURANCE. THE OFFICER ISSUED BOTH DRIVERS A COMPLETED N.O.P.D ITEM # SLIP.

NOTE: TRAFFIC AHEAD CAME TO A STOP DUE TO A PRIOR CRASH ABOUT 300 FT AHEAD.

========================================================================
========================================================================
Disclaimer: All information below this line is auto-generated from report data.
========================================================================
========================================================================

Vehicle 1 Driver License Restrictions: B,E
Vehicle 1 Driver Vision Obscurement: MODERATED FOG
Vehicle 1 Driver Citation 1 Violation Code: 154:400 REASONABLE VIGALINCE